**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7627**

PAUL JULIUS FLETCHER,

             Petitioner - Appellant,

        v.

JOHN R. OWEN, Warden,

             Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   Joseph F. Anderson, Jr., District
Judge.  (1:11-cv-01334-JFA)

Submitted:  February 23, 2012      Decided:  February 28, 2012

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Paul Julius Fletcher, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Julius Fletcher, a prisoner incarcerated in a federal institution pursuant to his conviction in the District of Columbia Superior Court, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Fletcher v. Owen, No. 11:1-cv-01334-JFA (D.S.C. Nov. 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2